IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DJURO G. ZRILIC,

    Plaintiff,

v.                                                              Civ. No. 07-416 PJK/RLP

BOARD OF REGENTS FOR NEW
MEXICO HIGHLANDS UNIVERSITY, *et al.*,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on Defendants' Motion for Protective Order. On March 20, 2008 Plaintiff hand delivered a Notice to Take Deposition Duces Tecum to Defendant Dr. Rael's attorney, noticing the deposition for March 25, 2008 and requesting the production of certain documents. On March 20, 2008 Plaintiff hand-delivered a Notice to Take Deposition Duces Tecum to Defendant Dr. Tahani's deposition, noticing the deposition for April 11, 2008 and similarly requesting the production of certain documents.

Pursuant to the authorities cited in this Court's Memorandum Opinion and Order [Doc. 81], entered April 28, 2008, a party may not circumvent Rule 34's 30-day time limit by serving a subpoena duces tecum on another party.

IT IS THEREFORE ORDERED THAT the Motion for Protective Order [Doc. 62] is granted.

IT IS SO ORDERED.

                                                                     Richard L. Puglisi
                                                                     United States Magistrate Judge